# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BONNY J. TOOMEY,<br><br>    Defendant and Judgment Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br>(and its Successors and Assignees),<br><br>    Garnishee. | Case No. 1:17-mc-00040-SAB<br><br>ORDER TERMINATING WRIT OF GARNISHMENT (BANK ACCOUNTS) AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS MISCELLANEOUS CASE<br><br>(ECF No. 8)<br><br>Criminal Case No. 2:96-CR-00063-EJG |

The Court, having reviewed the court files and the United States' application for an order terminating the writ of garnishment for bank accounts (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, IT IS HEREBY ORDERED that:

1. The writ of garnishment issued under this miscellaneous case number against Bonny J. Toomey is TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

2. The Clerk of the Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: **November 29, 2017**

UNITED STATES MAGISTRATE JUDGE

1